LINDSAY ANNE WESTON
Attorney  State Bar NO. 73132
1477 Drew Avenue, Suite 106
Davis, California 95618
(530) 756-7774

Attorney for Defendant
ELIAZAR BARRAZA TORRES

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br>        Plaintiff, ) <br>   vs. ) <br> AUGUSTIN TORRES BELTRAN, et. al. ) <br>        Defendants. ) <br> ) | Case No.:  CR S-08-326  FCD <br><br> STIPULATION AND ORDER CONTINING STATUS CONFERENCE AND EXCLUDING TIME . |

      It is hereby stipulated and agreed to between the United States of America through Jill Marie Thomas, Assistant United States Attorney; defendant ELIAZAR BARRAZA TORRES by and through his counsel, Lindsay Anne Weston; and defendant AUGUSTIN TORRES BELTRAN, by and through his counsel, Linda Harter, that the status conference in this matter currently scheduled for Monday, August 4, 2008, at 10:00 a.m. be continued to Monday, September 8, 2008, at 10:00 a.m.

    The basis for this continuance is that both defense counsel were recently appointed and are just beginning a review of the discovery provided by the government. Further, Ms. Thomas will be out of the office the week of August 4, 2008. Thus, a continuance of the status conference allows the parties to conduct necessary preparation before appearing in court.

IT IS FURTHER STIPULATED that the period from August 4, 2008, (the date currently set for the status conference) through and including September 8, 2008, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

Dated:  July 30, 2008                    Respectfully submitted,

/s/Lindsay Weston
_____
LINDSAY ANNE WESTON
Attorney for Defendant
ELIAZAR BARRAZA TORRES

/s/Linda Harter
_____
LINDA HARTER
CHIEF DEPUTY FEDERAL DEFENDER
Attorney for Defendant
AUGUSTIN TORRES BELTRAN
Per telephonic authorization


MCGREGOR W. SCOTT
United States Attorney

/s/ Lindsay Weston for
_____
JILL MARIE THOMAS
Assistant United States Attorney
Per telephonic authority

**ORDER**

IT IS SO ORDRED.

Dated: July 30, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

- 2