LINDSAY ANNE WESTON
Attorney  State Bar NO. 73132
P.O. Box 74310
Davis, California 95617
(530) 756-7774

Attorney for Defendant
ELIAZAR BARRAZA TORRES

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>             Plaintiff,<br><br>     vs.<br><br>ELIAZAR BARRAZA TORRES,<br><br>             Defendant. | Case No.:  CR.S-08-326  FCD<br><br>STIPULATION AND ORDER CONTINING STATUS CONFERENCE AND EXCLUDING TIME |

It is hereby stipulated and agreed to between the United States of America through Jill Marie Thomas, Assistant United States Attorney and defendant ELIAZAR BARRAZA TORRES by and through his counsel, Lindsay Anne Weston that the status conference in this matter currently scheduled for Monday, December 15, 2008, at 10:00 a.m. to February 2, 2009, at 10:00 a.m.

The basis for this continuance, which is at the request of the defense,  is that defense counsel needs additional time to consult with Mr. Torres regarding his decision to proceed to trial or to enter a change of plea, and further, to obtain additional discovery from the government.

IT IS FURTHER STIPULATED that the period from December 15, 2008 (the date currently set for the status conference) through and including February 2, 2009, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

Dated:  December 11, 2008         Respectfully submitted,

/s/Lindsay Weston

_____
LINDSAY ANNE WESTON
Attorney for Defendant
ELIAZAR BARRAZA TORRES


MCGREGOR W. SCOTT
United States Attorney

/s/ Lindsay Weston for

_____
JILL MARIE THOMAS
Assistant United States Attorney
Per telephonic authority

**IT IS SO ORDRED.**

Dated: December 12, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE